UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WINFRED WAIRIMU WAMAI, *et al.*,  :
:
    Plaintiffs,  :
:
  v.  :  Civil Action No. 08-1349 (JR)
:
REPUBLIC OF SUDAN, *et al.*,  :
:
    Defendants.  :

## ORDER

    Plaintiffs' 406-page complaint (224 plaintiffs, 1092 paragraphs, 512 separate counts) is patently violative of the command of Fed.R.Civ.P. 8(a)(2) that it contain "a short and plain statement of the claim." It also violates LCvR 5.1(e)(1), which requires "[t]he first filing on behalf of a party [to] have in the caption the name and full residence address of the party." The complaint was accepted for filing -- it was in the interest of justice to do so because the complaint filed on the day before the tenth anniversary of the event that is its subject matter -- but plaintiffs must amend their complaint within 30 days of the date of this order to avoid its dismissal. The amendment must conform to the Local Rule and should assign numbers to the plaintiffs and consolidate their claims, e.g. all plaintiffs sue for wrongful death (or plaintiffs 1-75, 83-92 sue for wrongful death); plaintiffs 36, 47, 89, etc. sue under the survival statute; plaintiffs 53, 68 and 77 bring claims for solatium; et cetera. Because even amended pleadings are subject to further

amendment pursuant to Fed.R.Civ.P. 15, moreover, it is not necessary that each and every legal theory of relief be recited in the first pleading.  **So ORDERED.**

                                        JAMES ROBERTSON
                                   United States District Judge