UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINFRED WAIRIMU WAMAI,** *et al* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 08-1349 (JR) |
| ) | |
| v. ) | |
| ) | |
| **REPUBLIC OF SUDAN, et al** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR LEAVE TO FILE PLAINTIFFS' ADDRESSES UNDER SEAL

Plaintiffs, by counsel, herewith moves the Court that an Order be entered waiving the requirements of Local Civil Rule 5.1(e) with respect to the requirement that the "full residence address of the party" be included on the caption of the pleading and allow Plaintiffs' to file such information under seal.

The following is stated in support of the Motion:

1.  This action is brought by plaintiffs for serious injuries and deaths suffered as a result of the terrorist attacks upon the US Embassies in Nairobi, Kenya and in Dar Es Salaam. After the bombing, the Islamic Liberation Army of the people of Kenya, an offshoot of Al Qaeda, took the responsibility for the bombing. On October 18, 2001, four Al Qaeda members including Owhali, Odeh, and El-Hage were sentenced to life without parole for their role in the 1998 Embassy bombings in Nairobi, Kenya and Dar Es Salaam, Tanzania.

2.  As will be more fully developed in the course of this litigation, many of the Plaintiffs continue to suffer severe posttraumatic emotional disorders dating from the attack of August 7, 1998.

3. Plaintiffs are fearful that the listing of their addresses will subject them to possible attack from Defendants or terrorist groups controlled and/or supported by the Islamic Republic of Iran and\or the Republic of Sudan.

4. The President of the Defendant, Islamic Republic of Iran has repeatedly threatened the United States and Americans. For example, CBS News reported … Iranian President Mahmoud Ahmadinejad called the U.N. Security Council and its decisions "illegitimate" as long as it was dominated by the U.S. and Britain. He warned Friday that the U.S. and other supporters of Israel were accomplices in Israeli attacks against Palestinians. "Any crime committed (by Israel) today, any house demolished ... it will be the direct responsibility of the supporters of this (Israeli) regime ... This regime has nothing for you but loss," he said. "You imposed a group of terrorists ... on the region," Ahmadinejad said, addressing the U.S. and its allies. "It is in your own interest to distance yourself from these criminals... This is an ultimatum. Don't complain tomorrow." "Nations will take revenge," he told hundreds of thousands of supporters at a pro-Palestinian rally in the capital Tehran.

http://www.cbsnews.com/stories/2006/10/20/world/main2110011.shtml, October 20, 2006.

5. On July 14, 2008, an indictment was filed in the International Criminal Court in the Hague charging the President of the Defendant the Republic of Sudan, Omar al Bashir, with genocide and crimes against humanity.

6. The threat against Plaintiffs is reasonable in that terrorist attacks by groups controlled and/or supported by the Islamic Republic of Iran, including Al Qaeda, have resulted in the deaths of more than 3,000 American citizens since 1979. The President of Defendant Republic of Sudan is charged with the murder of tens of thousands of men, women and children.

7. The Order submitted with this Motion requires the filing under seal of a list

containing the names and residence addresses of all Plaintiffs by September 6, 2008, which will give the Court the information required by Rule 5.1(e).

WHEREFORE, Plaintiffs pray that the Motion be granted and that the Court enter the Order submitted.

Dated: August 22, 2008

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
Bar No. 397689
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

Allen L. Rothenberg, Esq.
Bar No. 328088
THE LAW FIRM OF ALLEN L. ROTHENBERG
1420 Walnut Street
Philadelphia, PA 19102
Tel: (800) 624-8888

Gavriel Mairone, Esq.
Bar No. 6181698
MANN & MAIRONE
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (212) 792 4005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINFRED WAIRIMU WAMAI,** *et al* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 08-1349 (JR) |
| ) | |
| v. ) | |
| ) | |
| **REPUBLIC OF SUDAN, et al** ) | |
| ) | |
| **Defendants.** ) | |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE PLAINTIFFS' ADDRESSES UNDER SEAL

Plaintiffs in the above captioned matter are civilians living, or with family members living, in Kenya or Tanzania. These plaintiffs seek protection of their addresses in fear of retaliation by terrorist organizations as a result of filing this complaint.

### STATEMENT OF THE CASE

Plaintiffs filed their original complaint on August 5, 2008 alleging that Defendants were primarily responsible for the planning and funding of the August 7, 1998 bombing of the United States Embassies in Nairobi, Kenya and Dar Es Salaam, Tanzania. Plaintiffs complaint details the close ties between Defendants and Al Qaeda, the terrorist organization responsible for perpetrating the attacks. Plaintiffs are all either employees or contractors of the United States government who were killed or severely injured in the terrorist attacks or the surviving immediate families members of such employees and contractors.

On August 7, 2008, this Court ordered Plaintiffs to amend their complaint within 30 days and conform to the Local Rule requiring "the first filing of the on behalf of a party [to] have in

the caption the name and full residence address of the party." Plaintiffs now seek leave to file full residence addresses under seal.

## ARGUMENT

Courts have frequently permitted plaintiffs to proceed anonymously and withhold personal information from defendants and the general public where there is a reasonable threat of physical harm. *See Greenbaum v. Islamic Republic, et al.,* 02 CV 2148 Docket No. 2 (D. D.C. 2002); *Onsongo v. Republic of Sudan*, 08 CV 1380 Docket No. 2 (D.D.C. 2008); *Doe v. Sullivan*, 938 F.2d 1370 (D.C. Cir. 1991); *Doe v. Bush*, 323 F.3d 133, 134 (1st Cir. 2003); *Gomez v. Buckeye Sugars*, 80 F.R.D. 106, 107 (N.D. Ohio 1973); *Moe v. Dinkins*, 533 F.Supp. 623, 627 (S.D.N.Y. 1981).

The fears expressed by Plaintiffs are legitimate and not unreasonable. Plaintiffs allege that the named Defendants support recognized terrorist organizations responsible for hundreds of terrorist attacks resulting in the death of thousands of civilians. The threat of retaliation increases should Defendants and non-party terrorist organizations know the exact location of Plaintiffs and their families. Based on the seriousness of the allegations, for these Plaintiffs release of their personal information can have deadly consequences. As such, Plaintiffs' respectfully request that they be able to file their addresses *in camera* or under seal.

Respectfully submitted,

/s/ Michael J. Miller
Michael J. Miller, Esq.
Bar No. 397689
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224

2

Allen L. Rothenberg, Esq.
Bar No. 328088
THE LAW FIRM OF ALLEN L. ROTHENBERG
1420 Walnut Street
Philadelphia, PA 19102
Tel: (800) 624-8888

Gavriel Mairone, Esq.
Bar No. 6181698
MANN & MAIRONE
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (212) 792 4005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WINFRED WAIRIMU WAMAI,** *et al* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Civil Action No. 08-1349 (JR) |
| ) | |
| v. ) | |
| ) | |
| **REPUBLIC OF SUDAN, et al** ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Upon Motion of Plaintiffs it is, by the Court, this _____ day of _____, 2008,

ORDERED that the requirement of Local Civil Rule 5.1(e) that the "full residence address of the party" be included on the caption of the initial pleading, be and it is hereby waived, and it is further

ORDERED, that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs by September 6, 2008.

_____
United States District Judge