UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINFRED WAIRIMU WAMAI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REPUBLIC OF SUDAN, et al.,<br><br>Defendants. | Civil Action No. 08-1349 (JDB) |

### ORDER

Upon consideration of [63-244] the special masters' reports, and the entire record herein, it is hereby

**ORDERED** that [63-244] the special master reports are adopted in part and modified in part as described in the accompanying Memorandum Opinion issued on this date; it is further

**ORDERED** that judgment is entered in favor of plaintiffs and against defendants in the total amount of $3,566,104,489.58; and it is further

**ORDERED** that each plaintiff is entitled to damages in the amounts listed in the accompanying chart.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: July 25, 2014

| | Name of Victim | Injured/ Deceased | Family Members | Relation | Economic Damages | Pain & Suffering Damages | Solatium Damages | Punitive Damages | Total compensatory damages | Subtotal (with applicable prejudgment interest) | Total Award (subtotal with prejudgment interest, plus punitive damages) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Wycliffe Ochieng Bonyo | Deceased | Wycliffe Ochieng Bonyo | | $1,999,472 | $500,000 | | $3,130,396.80 | $2,499,472 | $3,130,396.80 | $6,260,793.61 |
| 2 | | | Velma Bonyo | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 3 | | | Dorine Bonyo | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 4 | | | Elijah Bonyo Ochieng | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 5 | | | Angela Bonyo | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 6 | | | Winnie Bonyo | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 7 | Boniface Chege | Injured | Boniface Chege | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 8 | Caroline Wanjiru Gichuru | Injured | Caroline Wanjiru Gichuru | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 9 | Lawrence Ambrose Gitau | Deceased | Lawrence Ambrose Gitau | | $1,115,304 | $0 | | $1,115,303.54 | $1,115,304 | $1,115,303.54 | $2,230,607.08 |
| 10 | | | Lucy Gitau | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 11 | | | Catherine Gitau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 12 | | | Felister Gitau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 13 | | | Ernest Gitau | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 14 | Joel Gitumbu Kamau | Deceased | Joel Gitumbu Kamau | | $433,608 | $0 | | $433,607.72 | $433,608 | $433,607.72 | $867,215.43 |
| 15 | | | Catherine Gitumbu Kamau | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 16 | | | David Kamau | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 17 | | | Peter Kamau | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 18 | | | Phillip Kamau | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 19 | Henry Bathazar Kessy | Injured | Henry Bathazar Kessy | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 20 | Frederick Kibodya | Injured | Frederick Kibodya | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 21 | | | Flavia Kiyanga | Wife | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 22 | Joseph Kamau Kiongo | Deceased | Joseph Kamau Kiongo | | $883,594 | $0 | | $883,593.97 | $883,594 | $883,593.97 | $1,767,187.93 |
| 23 | | | Lucy Kiongo | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 24 | | | Alice Kiongo | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 25 | | | Jane Kamau | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 26 | | | Newton Kamau | Son of Lucy | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 27 | | | Peter Kamau Kiongo | Son of Lucy | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 28 | | Deceased | Teresia Wairimu Kamau | Daughter of Lucy | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 29 | | | Pauline Kamau | Daughter of Lucy | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 30 | | | Hannah Wambui | Daughter of Alice | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 31 | | | Pauline Kamau Kiongo | Daughter of Alice | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 32 | | | Mercy Wairumu Kamau | Daughter of Alice | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 33 | | | Daniel Kiongo Kamau | Daughter of Alice | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 34 | Raphael Kivindyo | Injured | Raphael Kivindyo | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 35 | Milka Wangari Macharia | Injured | Milka Wangari Macharia | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 36 | Rachael Mungasia Pussy | Deceased | Rachael Mungasia Pussy | | $629,776 | $0 | | $629,776.17 | $629,776 | $629,776.17 | $1,259,552.35 |
| 37 | | | Samuel Pussy | Husband | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 38 | | | Doreen Pussy | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 39 | | | Elsie Pussy | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 40 | | | Andrew Pussy | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 41 | Michael Ngigi Mworia | Injured | Michael Ngigi Mworia | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 42 | John Nduati | Injured | John Nduati | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 43 | Aaron Makau Ndivo | Injured | Aaron Makau Ndivo | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 44 | | | Joyce Mutheu | Daughter | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 45 | Maurice Okatch Ogolla | Deceased | Maurice Okatch Ogolla | | $322,501 | $0 | | $322,500.56 | $322,501 | $322,500.56 | $645,001.12 |
| 46 | | | Priscila Okatch | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 47 | | | Jackline Achieng | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 48 | | | Rosemary Anyango Okatch | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 49 | | | Samson Ogolla Okatch | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 50 | | | Dennis Okatch | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 51 | Pauline Abdallah | Injured | Pauline Abdallah | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 52 | Belinda Akinyi Adika | Injured | Belinda Akinyi Adika | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |

| # | Name | Status | Claimant | Relation | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | Tony Kihato Irungu | Deceased | Tony Kihato Irungu | | $808,828 | $0 | | $808,828.48 | $808,828 | $808,828.48 | $1,617,656.96 |
| 54 | | | Faith Kihato | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 55 | | | Jacqueline Kihato | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 56 | | | Steve Kihato | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 57 | | | Annah Wangechi | Mother | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 58 | Betty Kagai | Injured | Elsie Kagimbi | Daughter | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 59 | Vincent Kamau Nyoike | Deceased | Vincent Kamau Nyoike | | $352,453 | $0 | | $352,453.39 | $352,453 | $352,453.39 | $704,906.77 |
| 60 | | | Josinda Katumba Kamau | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 61 | | | Caroline Wanjuri Kamau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 62 | | | Faith Wanza Kamau | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 63 | David Kiarie Kiburu | Injured | David Kiarie Kiburu | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 64 | Francis Watoro Maina | Deceased | Francis Watoro Maina | | $585,108 | $0 | | $585,108.00 | $585,108 | $585,108.00 | $1,170,216.00 |
| 65 | | | Grace Kimata | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 66 | | | Victor Watoro | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 67 | | | Rachel Wambui Watoro | Daughter | | | $0 | $0.00 | $0 | $0.00 | $0.00 |
| 68 | Lydia Muriki Mayaka | Deceased | Lydia Muriki Mayaka | | $730,892 | $0 | | $730,892.23 | $730,892 | $730,892.23 | $1,461,784.47 |
| 69 | | | Nyangoro Mayaka | Husband | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 70 | | | Doreen Mayaka | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 71 | | | Dick Obworo Mayaka | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 72 | | | Diana Nyangara | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 73 | | | Debra Mayaka | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 74 | George Magak Mimba | Injured | George Magak Mimba | | $681,093 | $2,500,000 | | $6,335,717.72 | $3,181,093 | $6,335,717.72 | $12,671,435.45 |
| 75 | Tibruss Minja | Injured | Tibruss Minja | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 76 | Edward Mwae Muthama | Injured | Edward Mwae Muthama | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 77 | Nicholas Mutiso | Injured | Nicholas Mutiso | | | $3,000,000 | | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 78 | Geoffrey Moses Namai | Deceased | Geoffrey Moses Namai | | $726,094 | $0 | | $726,093.53 | $726,094 | $726,093.53 | $1,452,187.06 |
| 79 | | | Sarah Tikolo | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 80 | | | Nigeel Namai | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 81 | Charles Mwangi Ndibui | Injured | Charles Mwangi Ndibui | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 82 | Julius Nzivo | Injured | Julius Nzivo | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 83 | Francis Olewe Ochilo | Deceased | Francis Olewe Ochilo | | $1,640,995 | $0 | | $1,640,994.90 | $1,640,995 | $1,640,994.90 | $3,281,989.79 |
| 84 | | | Rosemary Olewe | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 85 | | | Juliet Olewe | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 86 | | | Wendy Olewe | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 87 | Patrick Okech | Injured | Patrick Okech | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 88 | Lucy Grace Onono | Deceased | Lucy Grace Onono | | $1,006,717 | $0 | | $1,006,717.22 | $1,006,717 | $1,006,717.22 | $2,013,434.44 |
| 89 | | | Mordechai Thomas Onono | Husband | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 90 | Adam Titus Wamai | Deceased | Adam Titus Wamai | | $489,829 | $0 | | $489,828.93 | $489,829 | $489,828.93 | $979,657.86 |
| 91 | | | Winfred Wamai | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 92 | | | Titus Wamai | Son | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 93 | | | Diana Williams | Daughter | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 94 | | | Lloyd Wamai | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 95 | | | Angela Wamai | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 96 | | | John Muriuki | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 97 | Evitta Francis Kwimbere | Injured | Evitta Francis Kwimbere | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 98 | Mary Ofisi | Injured | Mary Ofisi | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 99 | Eric Abur Onyango | Deceased | Eric Abur Onyango | | $825,100 | $500,000 | | $1,956,024.56 | $1,325,100 | $1,956,024.56 | $3,912,049.13 |
| 100 | | | Joyce Onyango | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 101 | | | Tilda Abur | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 102 | | | Barnabas Onyango | Father | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 103 | | | Kelesendhia Apondi Onyango | Mother | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 104 | | | Paul Onyango | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 105 | Kaka Abubakar Iddi | Injured | Kaka Abubakar Iddi | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 106 | Charles Mwaka Mulwa | Injured | Charles Mwaka Mulwa | | | $7,500,000 | | $16,963,875.00 | $7,500,000 | $16,963,875.00 | $33,927,750.00 |
| 107 | Victor Mpoto | Injured | Victor Mpoto | | | $3,000,000 | | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |

| # | Name | Status | Claimant | Relation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | Julius Ogoro | Injured | Julius Ogoro | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 109 | Kimeu Nzioka Nganga | Deceased | Kimeu Nzioka Nganga | | $843,396 | $1,000,000 | | $3,105,246.13 | $1,843,396 | $3,105,246.13 | $6,210,492.27 |
| 110 | | | Mary Ndambuki | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 111 | Wellington Oluoma | Injured | Wellington Oluoma | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 112 | Jacinta Wahome | Injured | Jacinta Wahome | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 113 | Stella Mbugua | Injured | Stella Mbugua | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 114 | Sajjad Gulamali | Injured | Sajjad Gulamaji | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 115 | Mary Gitonga | Injured | Mary Gitonga | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 116 | Francis Maina Ndibui | Injured | Francis Maina Ndibui | | | $2,500,000 | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 117 | Kirumba W'mburu Mukuria | Injured | Kirumba W'mburu Mukuria | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 118 | Christant Hiza | Injured | Christant Hiza | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 119 | Marini Karima | Injured | Marini Karima | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 120 | Zephania Mboge | Injured | Zephania Mboge | | | $3,000,000 | | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 121 | Emily Minayo | Injured | Emily Minayo | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 122 | Joash Okindo | Injured | Joash Okindo | | | $7,500,000 | | $16,963,875.00 | $7,500,000 | $16,963,875.00 | $33,927,750.00 |
| 123 | Rukia Wanjiru Ali | Injured | Rukia Wanjiru Ali | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 124 | Bernard Mutunga Kaswii | Injured | Bernard Mutunga Kaswii | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 125 | Hosiana Mbaga | Injured | Hosiana Mbaga | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 126 | Margaret Waithira Ndungu | Injured | Margaret Waithira Ndungu | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 127 | Samuel Odhiambo Oriaro | Injured | Samuel Odhiambo Oriaro | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 128 | Gaudens Thomas Kunambi | Injured | Gaudens Thomas Kunambi | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 129 | Livingstone Busera Madahana | Injured | Livingstone Busera Madahana | | $634,561 | $7,500,000 | | $17,598,436.39 | $8,134,561 | $17,598,436.39 | $35,196,872.77 |
| 130 | Menelik Kwamia Makonnen | Injured | Menelik Kwamia Makonnen | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 131 | Tobias Oyanda Otieno | Injured | Tobias Oyanda Otieno | | $445,851 | $7,500,000 | | $17,409,726.46 | $7,945,851 | $17,409,726.46 | $34,819,452.92 |
| 132 | Charles Mwirigi Nkanatha | Injured | Charles Mwirigi Nkanatha | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 133 | Justina Mdobilu | Injured | Justina Mdobilu | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 134 | Gideon Maritim | Injured | Gideon Maritim | | | $7,500,000 | | $16,963,875.00 | $7,500,000 | $16,963,875.00 | $33,927,750.00 |
| 135 | Belinda Chaka | Injured | Belinda Chaka | | | $5,000,000 | | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 136 | Clifford Tarimo | Injured | Clifford Tarimo | | | $3,000,000 | | $6,785,550.00 | $3,000,000 | $6,785,550.00 | $13,571,100.00 |
| 137 | James Ndeda | Injured | James Ndeda | | $413,635 | $5,000,000 | | $11,722,885.10 | $5,413,635 | $11,722,885.10 | $23,445,770.20 |
| 138 | Milly Mikali Amduso | Injured | Milly Mikali Amduso | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 139 | Moses Kinyua | Injured | Moses Kinyua | | | $7,500,000 | | $16,963,875.00 | $7,500,000 | $16,963,875.00 | $33,927,750.00 |
| 140 | Valerie Nair | Injured | Valerie Nair | | | $2,000,000 | | $4,523,700.00 | $2,000,000 | $4,523,700.00 | $9,047,400.00 |
| 141 | Bakari Nyumbu | Deceased | Bakari Nyumbu | | | $1,000,000 | | $2,261,850.00 | $1,000,000 | $2,261,850.00 | $4,523,700.00 |
| 142 | | | Aisha Kambenga | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 143 | Geoffrey Kalio | Deceased | Geoffrey Kalio | | $808,047 | $0 | | $808,047.00 | $808,047 | $808,047.00 | $1,616,094.00 |
| 144 | | | Jane Kathuka | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 145 | | | Bernice Ndeti | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 146 | | | Dawn Mulu | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 147 | | | Tabitha Kalio | Mother | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 148 | | | Aquilas Kalio | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 149 | | | Catherine Kalio | Sister | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 150 | | | Lilian Kalio | Sister | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 151 | Ramadhani Mahundi | Deceased | Ramadhani Mahundi | | $99,401 | $0 | | $99,401.45 | $99,401 | $99,401.45 | $198,802.90 |
| 152 | | | Hussein Ramadhani | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 153 | Charles Mungoma Olambo | Injured | Charles Mungoma Olambo | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 154 | Caroline Okech | Injured | Caroline Okech | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 155 | Enos Nzalwa | Injured | Enos Nzalwa | | | $1,500,000 | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 156 | Hindu Omari Idi | Deceased | Hindu Omari Idi | | $1,281,629 | $0 | | $1,281,629.50 | $1,281,629 | $1,281,629.50 | $2,563,259.00 |
| 157 | | | Ali Hussein Ali | Husband | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 158 | | | Omar Idi | Father | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 159 | | | Hamida Idi | Mother | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 160 | | | Mahamud Omari Idi | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 161 | | | Rashid Omar Idi | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 162 | | | Fatuma Omar | Sister | | | $0 | $0.00 | $0 | $0.00 | $0.00 |

| # | Name | Status | Name | Relation | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 163 | Dominic Musyoka Kithuva | Deceased | Dominic Musyoka Kithuva | | $246,060 | $0 | | $246,059.76 | $246,060 | $246,059.76 | $492,119.51 |
| 164 | | | Kamali Musyoka Kithuva | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 165 | | | Beatrice Martha Kithuva | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 166 | | | Titus Kyalo Musyoka | Son | $1,500,000 | | $5,000,000 | $14,702,025.00 | $6,500,000 | $14,702,025.00 | $29,404,050.00 |
| 167 | | | Benson Malusi Musyoka | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 168 | | | Caroline Kasungo Mgali | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 169 | Monica Wangari Munyori | Injured | Monica Wangari Munyori | | $1,500,000 | | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 170 | Mohamed Abdallah Mnyolya | Deceased | Mohamed Abdallah Mnyolya | | $439,157 | $0 | | $439,157.20 | $439,157 | $439,157.20 | $878,314.40 |
| 171 | | | Nuri Hamisi Sultani | Mother | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 172 | Nafisa Malik | Injured | Nafisa Malik | | $2,500,000 | | | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 173 | Eliya Elisha Paul | Deceased | Eliya Elisha Paul | | $0 | | | $0.00 | $0 | $0.00 | $0.00 |
| 174 | | | Grace Makasi Paul | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 175 | Blasio Kubai | Injured | Blasio Kubai | | $1,500,000 | | | $3,392,775.00 | $1,500,000 | $3,392,775.00 | $6,785,550.00 |
| 176 | Frederick Maloba | Deceased | Frederick Maloba | | $1,447,295 | $0 | | $1,447,295.48 | $1,447,295 | $1,447,295.48 | $2,894,590.95 |
| 177 | | | Elizabeth Maloba | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 178 | | | Margaret Maloba | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 179 | | | Lewis Maloba | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 180 | | | Marlon Maloba | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 181 | | | Sharon Maloba | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 182 | | | Kenneth Maloba | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 183 | Josiah Owuor | Deceased | Josiah Owuor | | $731,436 | $0 | | $731,436.14 | $731,436 | $731,436.14 | $1,462,872.28 |
| 184 | | | Edwina Owuor | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 185 | | | Vincent Owuor | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 186 | | | Warren Owuor | Son | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 187 | Peter Macharia | Deceased | Peter Macharia | | $1,580,186 | $0 | | $1,580,186.48 | $1,580,186 | $1,580,186.48 | $3,160,372.95 |
| 188 | | | Grace Gicho | Wife | | | $8,000,000 | $18,094,800.00 | $8,000,000 | $18,094,800.00 | $36,189,600.00 |
| 189 | | | Diana Macharia | Daughter | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 190 | | | Ngugi Macharia | Father | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 191 | | | Margaret Njoki Ngugi | Mother | | | $5,000,000 | $11,309,250.00 | $5,000,000 | $11,309,250.00 | $22,618,500.00 |
| 192 | | | John Ngugi | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 193 | | | Ann Ruguru | Sister | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 194 | | | David Ngugi | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 195 | | | Paul Ngugi | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| 196 | | | Stanley Ngugi | Brother | | | $2,500,000 | $5,654,625.00 | $2,500,000 | $5,654,625.00 | $11,309,250.00 |
| | | | TOTALS | | | | $206,500,000.00 | $ 572,000,000.00 | $1,783,052,244.79 | $800,702,019.79 | $1,783,052,244.79 | $3,566,104,489.58 |