IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Monikah Opati, et al. § | | |
| Plaintiffs, § | | |
| v. § | CIVIL NO. 1:12-cv-01224 (JDB) | |
| § | | |
| Republic of Sudan, et al. § | | |
| Defendants. § | | |
| § | | |
| Winfred Wamai, et al. § | | |
| Plaintiffs § | | |
| v. § | CIVIL NO. 1:08-cv-01349 (JDB) | |
| § | | |
| Republic of Sudan, et al. § | | |
| Defendants § | | |
| § | | |
| Vanice Onsongo, et al. § | | |
| Plaintiffs § | | |
| v. § | CIVIL NO. 1:10-cv-01380 (JDB) | |
| § | | |
| Republic of Sudan, et al. § | | |
| Defendants § | | |
| § | | |
| Milly Amduso, et al. § | | |
| Plaintiffs, § | | |
| § | CIVIL NO. 1:10-cv-01361 (JDB) | |
| Republic of Sudan, et al. § | | |
| Defendants § | | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Asim Ghafoor of Law Office of Asim Ghafoor, 1101 30th Street NW, Suite 500, Washington, DC 20007, hereby appears to represent the Republic of Sudan, and its agencies and instrumentalities including the Ministry of Interior for the Republic of Sudan, among others who are Defendants in these matters.

Dated: August 21, 2014

Respectfully submitted,

_____
Asim AR Ghafoor

2

>Law Office of Asim Ghafoor
1101 30th Street, Suite 500
Washington, DC 20007
Telephone: 202-625-4393
Fax: 832-202-2076
asim@glawoffice.com

Attorney, Republic of Sudan, Ministry of
Interior for the Republic of Sudan

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2014, I caused this Civil Docketing Statement to be filed electronically with the Clerk of the Court using the CM/ECF System.

>_____/s/_____
Asim Ghafoor
Attorney, Republic of Sudan, Ministry of
Interior for the Republic of Sudan