IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Monikah Opati, et al. | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL NO.  1:12-cv-01224 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
| Defendants. | § | |
| | § | |
| Winfred Wamai, et al. | § | |
| Plaintiffs | § | |
| v. | § | CIVIL NO.  1:08-cv-01349 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
| Defendants | § | |
| | § | |
| Vanice Onsongo, et al. | § | |
| Plaintiffs | § | |
| v. | § | CIVIL NO.  1:10-cv-01380 (JDB) |
| | § | |
| Republic of Sudan, et al. | § | |
| Defendants | § | |
| | § | |
| Milly Amduso, et al. | § | |
| Plaintiffs, | § | |
| | § | CIVIL NO.  1:10-cv-01361 (JDB) |
| Republic of Sudan, et al. | § | |
| Defendants | § | |

DEFENDANTS' REPUBLIC OF SUDAN AND MINISTRY OF INTERIOR OF SUDAN
NOTICE OF APPEAL

Notice is hereby given this 21st day of August, 2014 that Defendants Republic of Sudan and Ministry of Interior for the Republic of Sudan hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgments of this Court in the four (4) above styled cases 12-cv-1224, *Opati, et al. v. Republic of Sudan* [ECF Document 44]; 08-cv-1349, *Wamai, et al. v. Republic of Sudan* [ECF Document 245]; 08-cv-1380, *Onsongo, et al. v. Republic of Sudan* [ECF Documents 231-233]; and 08-cv-1361, *Amduso, et al. v. Republic of Sudan*. [ECF Document 254] entered on July 25, 2014, respectively, in favor of the above-named Plaintiffs against the Republic of Sudan and Ministry of Interior for the Republic of Sudan.

Respectfully submitted,

_____

Asim AR Ghafoor
Law Office of Asim Ghafoor
1101 30th Street, Suite 500
Washington, DC 20007
Telephone: 202-625-4393
Fax: 832-202-2076
asim@glawoffice.com


Attorney, Republic of Sudan, Ministry of
Interior for the Republic of Sudan

TO:     Clerk of the Court
        United States Court of Appeals
        District of Columbia Circuit
        333 Constitution Avenue NW
        Washington, DC 20001


## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2014, I caused this Civil Docketing Statement to be filed electronically with the Clerk of the Court using the CM/ECF System.


          _____/s/_____
          Asim Ghafoor
          Attorney, Republic of Sudan, Ministry of
          Interior for the Republic of Sudan