UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Winfred Wairimu Wamai, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Republic of Sudan, et al.,<br><br>   Defendants. | Civil Action No.  1:08-cv-01349-JDB |

**UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE AGREEMENT AND ORDER**

  Wells Fargo Bank, N.A. ("Wells Fargo"), a non-party respondent to a subpoena issued by plaintiffs in the above-captioned matter under Rule 45 of the Federal Rules of Civil Procedure, hereby moves for entry of a protective order authorizing the disclosure of certain information responsive to that subpoena. The undersigned counsel has conferred with counsel for Plaintiffs, who stated that Plaintiffs consent to the relief requested in this motion.

  As part of their discovery efforts, Plaintiffs have served a subpoena dated Decembe 28, 2020 (the "Subpoena") on Wells Fargo seeking documents and information regarding transactions and assets related to certain organizations and individuals identified in the Subpoena. The documents and information sought may contain customer financial information or other confidential information. Accordingly, Plaintiffs and Wells Fargo have executed and jointly agree to the entry of the Protective Agreement and Order filed herewith as Exhibit A (the "Agreement").

  For these reasons, Wells Fargo respectfully requests that this Court grant this Motion and that this Court enter the Agreement as an order of this Court.

740451634.2

2

Dated:  March 23, 2021    Respectfully submitted,

By: /s/  Alex C. Lakatos

Alex C.Lakatos
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
Telephone: 202.263.3312
Email: alakatos@mayerbrown.com
*Counsel for Wells Fargo Bank, N.A.*

740451634.2               2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being furnished this day by transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this case.

/s/ *Alex C. Lakatos*
Alex C. Lakatos